# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MANUEL GONZALES, | NO. CV 10-02589 JHN (SS) |
|     Petitioner, | **ORDER ADOPTING FINDINGS,** |
|     v. | **CONCLUSIONS, AND RECOMMENDATIONS OF** |
| FRANCISCO J. QUINTANA, Warden, | **UNITED STATES MAGISTRATE JUDGE** |
|     Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, all the records and files herein and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\
\\
\\
\\

1  **IT IS ORDERED** that Judgment shall be entered denying the First Amended Petition and dismissing this action with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Petitioner and counsel for Respondent.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: August 11, 2010

_____
JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE