# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LUIS MANUEL GONZALES, | ) | NO. CV 10-02589 JHN (SS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| FRANCISCO J. QUINTANA, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: August 11, 2010

_____
JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE